IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| ALFRED J. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 07-2475-T-P |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

On August 28, 2008, Magistrate Judge Tu M. Pham filed a report recommending that the decision of the Commissioner denying Plaintiff benefits under the Social Security Act be reversed and remanded for further proceedings. Neither party has filed any objections, although they were advised that the failure to do so within ten days would constitute a waiver of those objections. Consequently, the report and recommendation is hereby ADOPTED. The decision of the Commissioner is REVERSED, and the action is REMANDED for further factfinding pursuant to sentence four of 42 U.S.C. § 405(g).

The clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

    s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE